IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| TERRENCE PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 2:23-cv-00365-MDH |
| | ) | |
| UNIVERSITY OF MISSOURI, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This Court ordered Pro Se Plaintiff to respond to Defendant's Motion for Summary Judgment no later than July 9, 2024. Pro Se Plaintiff has failed to comply and his time in which to respond has now expired. This case is dismissed with prejudice for failure to prosecute pursuant to FRCP 41(b).

**IT IS SO ORDERED**.

DATED: July 16, 2024          */s/ Douglas Harpool*
                              **DOUGLAS HARPOOL**
                              **UNITED STATES DISTRICT JUDGE**