*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF MISSOURI*
*CENTRAL DIVISION*

**JUDGMENT IN A CIVIL CASE**

| | |
|---|---|
| TERRENCE PHILLIPS, ) | |
| ) | |
| vs. ) | Case No. 23-00365-CV-S-MDH |
| ) | |
| UNIVERSITY OF MISSOURI, ) | |

\_\_\_ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ Decision by Court. This action came to determination before the Court. The issues have been determined and a decision has been rendered.

It is **THEREFORE ORDERED** this case is dismissed with prejudice.

**IT IS SO ORDERED**.

 July 16, 2024                           Paige Wymore-Wynn
Date                                     Clerk of Court


Entered on: July 16, 2024            s/Linda Howard
                                     (By) Deputy Clerk